BEFORE THE THIRD DIVISION, DECEMBER 5, 1947

**No. 52066.**—Oxford University Press, N. Y., Inc. *v.* United States, protest 52445–K (Boston).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on entries 10843 and 11027. The protest, having been abandoned as to entry 11782, was overruled as to that merchandise.

**No. 52067.**—S. S. Kresge Co. et al. *v.* United States, protests 952587–G, etc. (Baltimore, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 11, 1947

**No. 52068.**—O. W. Foster & Co. et al. *v.* United States, protests 611767–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.